**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
**Peggy Ann Smith**

Case No.: **22−58975−bem**
Chapter: **13**

# ORDER OF DISMISSAL REGARDING UNPAID FILING FEES

On 11/7/2022, the Court entered an Order denying Debtor or Debtors (hereinafter "Debtor") application to pay the filing fee for the voluntary petition in installments. Debtor was allowed ten days to remit the full amount due for the filing fee for a voluntary petition. The Debtor did not remit the necessary funds. Accordingly, it is

**ORDERED** that the above−styled case is dismissed.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, any Trustee, and all creditors.

**SO ORDERED**, on    November 23, 2022

Barbara Ellis−Monro
United States Bankruptcy Judge

Form 311a

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-58975-bem |
| Peggy Ann Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Nov 23, 2022 | Form ID: 311a | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peggy Ann Smith, 6782 Mancha St, Atlanta, GA 30349-8644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 24046572 | + Email/Text: BKBCNMAIL@carringtonms.com | Nov 23 2022 20:11:00 | Carrington Mortgage LLC, 1600 S Douglass Rd Ste 200A, Anaheim, CA 92806-5948 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 25, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| K. Edward Safir | courtdailysummary@atlch13tt.com |
| Sonya Buckley Gordon | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |

TOTAL: 2